*Jonas P. Relin* for appellant.
*Eric P. Smith* for Earl Kyle, respondent.
*Luther Ira Webster* for Gerald Watkins, respondent.
Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and MEDALIE, JJ.

In the Matter of the Liquidation of LAWYERS MORTGAGE COMPANY.
SAMUEL MARKOWITZ, Petitioner, Appellant. WILHELMINA BAR-ASCH, as Administratrix of the Estate of MORRIS BARASCH, Deceased, et al., Respondents.

Argued January 7, 1946; decided January 24, 1946.

*Louis P. Goldberg* and *Frederick Shulman* for appellant.
*Benjamin Harrow* and *Jacob Kirschenbaum* for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and MEDALIE, JJ.

LAURA GILCHER, Respondent, *v.* McNULTY BROS. REALTY CO., INC., Appellant, et al., Defendants.

Argued January 7, 1946; decided January 24, 1946.